IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RONALD SCIORTINO BANKRUPTCY ESTATE, d/b/a Ronald Edward Sciortino, <br><br> Plaintiff, <br><br> v. <br><br> MARY IDA TOWNSON, Standing Chapter Thirteen Trustee, and SONYA BUCKLEY, <br><br> Defendants. | CIVIL ACTION NO. <br> 1:18-cv-1341-AT |

## **ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation [Doc. 6] that Plaintiff's Complaint be dismissed for lack of subject-matter jurisdiction and failure to obey an order of the Court.

No objections have been filed in response to the Magistrate Judge's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate Judge's Recommendation for clear error and finds none. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. For the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** this 11th day of July, 2018.

_____
**Amy Totenberg**
**United States District Judge**